UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,
Plaintiff,

v.
UNITED STATES OF AMERICA,
Defendant.

Civil Action No. 1:26CV2217

NOTICE REGARDING PUBLIC DOCKET FILING

Plaintiff hereby provides Notice pursuant to the Court's June 30, 2026 Minute Order that he will proceed with the Complaint on the public docket using his real name.

Plaintiff expressly preserves and maintains all pending motions regarding pseudonymity and sealing, including the Motion for Leave to Proceed Under Pseudonym and the Motion to Seal with Hubbard-Factor Analysis. In accordance with the Court's directive, Plaintiff attaches public versions of those motions as exhibits to this Notice.

Respectfully submitted,

/s/ John Doe
John Doe, Plaintiff, pro se
Email: johndoeplaintiffdc@gmail.com
Dated: July __, 2026



RECEIVED

JUL 7 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia