UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,
    Plaintiff,

v.

UNITED STATES OF AMERICA,
    Defendant.

Civil Action No. 1:26-CV2217

MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND TO FILE IDENTIFYING
INFORMATION UNDER SEAL

Plaintiff respectfully submits this updated public version of his Motion for Leave to Proceed
Under Pseudonym. This filing includes supplemental factual information demonstrating that the
record in this case is materially different from Plaintiff's prior cases referenced in the Court's
June 30, 2026 Minute Order. Because the factual record is not identical, denial by incorporation
is not permissible, and a case-specific analysis is required.

Plaintiff John Doe, pro se, respectfully moves for leave to proceed under the pseudonym "John
Doe" and to file identifying information under seal. In support, Plaintiff states:

1. Legal Standard. Courts permit pseudonymous litigation where a plaintiff demonstrates a
substantial privacy interest that outweighs the public interest in disclosure and where disclosure
would cause serious harm or defeat the purpose of the litigation.

2. Substantial Privacy Interest. This litigation challenges the nationwide communications
architecture and implicates privacy and autonomy interests that would be undermined by public
disclosure of Plaintiff's identity. Disclosure could expose Plaintiff to stigma, harassment, or other
harms tied to the subject matter.

3. No Prejudice to Defendant. The United States will not be prejudiced by Plaintiff's use of a
pseudonym because the government can obtain identifying information through sealed filings
and the parties can proceed with full notice and opportunity to respond.

4. Narrow Tailoring. Plaintiff proposes to file an unredacted version of the Complaint and
supporting exhibits under seal for the Court and defense counsel, and a redacted public version
that omits identifying information.

5. Conclusion. For the foregoing reasons, Plaintiff respectfully requests that the Court grant
leave to proceed under the pseudonym "John Doe" and enter an order permitting the filing of
unredacted materials under seal and a redacted public record.

SUPPLEMENTAL STATEMENT OF FACTS

Plaintiff respectfully submits the following factual information in support of this Motion. These facts were not present in Plaintiff's prior cases and demonstrate that the factual record here is materially different:

1. Plaintiff has reported multiple safety-related incidents to law enforcement, including:
   - Ventura Police Department Incident Nos. 2025-52121, 2025-52122, 2025-52123, and 2025-52131.
   - Associated CAD logs documenting Plaintiff's calls for assistance.
   - A 911 call reporting a roadway pursuit by unknown individuals attempting to record Plaintiff's movements.
   - A separate 911 call reporting a physical intrusion at Plaintiff's residence, including tapping on Plaintiff's bedroom window.

2. These incidents reflect documented safety concerns that would be exacerbated by public disclosure of Plaintiff's identity. Plaintiff's identifying information is therefore directly connected to the risk of further harassment or harm.

3. These facts were not present in Plaintiff's prior cases and therefore require a case-specific analysis rather than denial by incorporation.

Respectfully submitted,

/s/ John Doe
John Doe, Plaintiff, pro se
Email for service: johndoeplaintiffdc@gmail.com
Dated: June 15, 2026