IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| JOSEPH WILLIAM RAMIREZ, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Civil Action No. 1:26CV2217 |
|---|---|

**NOTICE OF PLAINTIFF'S INTENT TO PROCEED UNDER TRUE NAME**

**FOLLOWING DENIAL OF PSEUDONYMITY AND NOTICE OF SEPARATE**

**PROTECTIVE SEALING REQUEST**

Plaintiff Joseph William Ramirez respectfully submits this Notice to inform the Court that, in light of the Court's rejection of Plaintiff's request to proceed by pseudonym, Plaintiff will proceed in this action under his legal name, Joseph William Ramirez, in lieu of the previously requested pseudonym.

Plaintiff makes this election to comply with the Court's ruling concerning pseudonymity. Plaintiff's decision to proceed under his real name should not be construed as a waiver of Plaintiff's privacy, safety, confidentiality, or sealing concerns concerning sensitive personal identifying information, law-enforcement identifiers, residential information, contact information, or related sensitive records.

Plaintiff further notifies the Court that Plaintiff has separately applied, or is applying separately, for protective sealing of documents and information



RECEIVED

JUL 16 2026

Clerk, U.S. District & Bankruptcy

containing sensitive personal identifying information. That separate request concerns specific sensitive records and identifiers, including materials containing police report numbers, CAD call-log identifiers, incident identifiers, dispatcher notes, residential information, telephone numbers, email addresses, and other information that may reveal Plaintiff's location, safety-related contacts, or private identifying details.

Plaintiff respectfully requests that the Court treat the separate protective sealing request independently from the caption and pseudonym issue. Plaintiff seeks to proceed publicly under his real name while preserving a narrowly tailored request to protect particular sensitive information from unnecessary public disclosure on the public docket.

This Notice is submitted to clarify that Plaintiff will proceed under his real name and that Plaintiff's separate protective sealing request is directed only to specific sensitive information and records, not to maintaining a pseudonymous public caption.

Dated: _____, 2026

Respectfully submitted,

Joseph William Ramirez